■ CYNTHIA RYAN, Plaintiff, v MICHAELANGELO GIULIANO, Defendant and Third-Party Plaintiff-Appellant. GABRIEL SENOR, P. C., INC., Third-Party Defendant-Respondent. [651 NYS2d 887] —Appeal by the defendant third-party plaintiff from an order of the Supreme Court, Westchester County (Nicolai, J.), entered August 18, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.